UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 08 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-16802 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-07-00025-DAW |
| v. | CR-06-00012-DAW |
| JOHN S. PANGELINAN, | District of the Northern Mariana Islands |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court
NOV 13 2007
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before: Peter L. Shaw, Appellate Commissioner.

The district court has not issued or declined to issue a certificate of appealability in this appeal, which appears to arise from the denial of petitioner's motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b) in this habeas corpus proceeding. *See Lynch v. Blodgett*, 999 F.2d 401 (9th Cir. 1993) (certificate of probable cause to appeal necessary to appeal denial of post-judgment motion for relief under Rule 60(b)). Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

S:\PROSE\Cmshords\2007\11-07\07-16802co.wpd

07-16802

If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. *See* 28 U.S.C. § 1153(c)(3); *Asrar*, 116 F.3d at 1270. Under *Asrar*, if the district court declines to issue a certificate, the court should state its reasons why a certificate of appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate. *See Asrar*, 116 F.3d 1270.

A new briefing schedule will be established after of the certificate of appealability issue is resolved. The Clerk shall serve this order directly on the district court judge by fax to chambers.

*Peter L. Shaw*
General Order 6.3(e)

S:\PROSE\Cmshords\2007\11-07\07-16802co.wpd