**FILED**
**JAN 29 2008**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JOHN S. PANGELINAN, <br><br> Defendant - Appellant. | No. 07-16802 <br><br> D.C. Nos. CV-07-00025-DAW <br> CR-06-00012-DAW <br> District of the Northern Mariana Islands <br><br> ORDER |

FILED
Clerk
District Court

FEB -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before:  GRABER and McKEOWN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(3). All outstanding motions and requests are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 29 2008

by: _____
Deputy Clerk